IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt

IN RE:

Catherine Sweeney             *     Case No. 12-10934
                                            *     Chapter 13
     Debtor
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO CONVERT CASE TO CHAPTER 7

       Comes now the Debtor, by counsel, and file this Motion To Convert Chapter 13 Case to Chapter 7.

                                      /s/ Steven E. Mirsky
                                      Steven E. Mirsky, #08879
                                      Attorney for the Debtor
                                      1401 Rockville Pike, Suite 650
                                      Rockville, Maryland 20852
                                      301-279-8700
                                      301-279-2504 facsmile
                                      sem@bankruptcylawman.com

### Certificate of Service

      I hereby certify that a copy of the foregoing Motion To Convert Chapter 13 Case To Chapter 7 was served on the Chapter 13 Trustee via ECF this 15 TH day of May, 2015.

                                      /s/ Steven E. Mirsky
                                          Steven E. Mirsky