B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re **Catherine E Sweeney**  
Debtor(s)

Case No. **12-10934**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank Of America, N.a. | **Describe Property Securing Debt:**<br>Location: 20249 Shipley Terrace Apt 101, Germantown MD 20874-Owned with Father |

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other. Explain **other** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Montgomery Cty Tchrs F | **Describe Property Securing Debt:**<br>Location: 20249 Shipley Terrace Apt 101, Germantown MD 20874-Owned with Father |

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other. Explain **other** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                 Page 2

Property No. 3

| Creditor's Name:<br>**Suntrust Bank** | **Describe Property Securing Debt:**<br>2008 Chevy Malibu-101,000 miles-owned with Mother-Full Value listed |
|---|---|

Property will be (check one):
  ☐ Surrendered                                          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain   **other**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                                      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May 30, 2015**                      Signature   **/s/ Catherine E Sweeney**
                                                                            **Catherine E Sweeney**
                                                                            Debtor

# United States Bankruptcy Court
## District of Maryland

In re  **Catherine E Sweeney**                                    Case No.  **12-10934**
                              Debtor(s)                            Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 30, 2015**, a copy of **Chapter 7 Individual Debtors Statement of Intention** was served electronically to the Trustee.

**-NONE-**

**/s/ Steven Mirsky**
**Steven Mirsky 08879**
**Steven E. Mirsky, LLC**
**1401 Rockville Pike**
**Suite 650**
**Rockville, MD 20852**
**301-279-8700 Fax:301-279-2504**
**sem@bankruptcylawman.com**